IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

RONALD PHILLIPS, et al.,

           Plaintiffs,   :   Case No. 2:14-cv-2730

                                              Chief Judge Edmund A. Sargus, Jr.
- vs -                                   Magistrate Judge Michael R. Merz

MIKE DEWINE et al.,

           Defendants.  :

## TRANSFER ORDER

    The above-captioned case was transferred to District Judge Frost upon filing because it is related to Case No. 2:11-cv-1016. The latter case has been randomly reassigned to the undersigned as a result of Judge Frost's retirement. In keeping with the Court's related case practice, the above-captioned case is also TRANSFERRED to the undersigned. The case remains referred to Magistrate Judge Merz.

June 15, 2016.

                                                                Edmund A. Sargus Jr.
                                                              Chief United States District Judge